IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVIS LANDSCAPE<br><br>Plaintiff,<br><br>v.<br><br>HERTZ EQUIPMENT RENTAL<br><br>Defendants. | Civil Action No.: 06-3830(DMC)<br><br>AMENDED SCHEDULING ORDER |

On September 7, 2010, the parties appeared for a status conference before the Court. Pursuant to the status conference, and for good cause shown,

IT IS on this 7th day of September, 2010,

ORDERED:

1. The parties shall complete all fact discovery and non-expert depositions by November 24, 2010. This is a firm date and will only be extended on good cause shown.

2. The parties shall serve on each other copies of affirmative reports, in conformance with Fed. R. Civ. P. 26(a)(2)(B), of any expert the party plans to call to testify with respect to any issue upon which the serving party has the burden of proof, no later than January 14, 2011.

3. The parties shall serve on each other copies of reports, in conformance with Fed. R. Civ. P. 26(a)(2)(B), of any expert witness the party plans to call to testify on any issue on which the serving party does not have the burden of proof or offered in rebuttal to any expert witness disclosed above no later than March 15, 2011.

4. In the event that a rebuttal expert report contains opinions addressing issues or areas not raised in an affirmative report, rebuttal report may be served no later than April 15, 2011.

5. Expert depositions shall be concluded by May 30, 2011.

6. The parties shall file and serve dispositive motions, if any, on or before June 30, 2011.

7. All responses to dispositive motions, if any, shall be filed and served on or before July 29, 2011.

8. All replies in support of dispositive motions, if any, shall be filed and served on or before August 15, 2011.

9. A Final Pretrial Conference is tentatively scheduled for December 1, 2011 at 9:30 a.m.

*s/Joseph A. Dickson*

Honorable Joseph A. Dickson
United States Magistrate Judge

cc: Honorable Dennis M. Cavanaugh, U.S.D.J.