Of counsel:

Ross B. Bricker (*pro hac vice*)
John F. Ward, Jr. (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
rbricker@jenner.com
jward@jenner.com

Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
kmarino@khmarino.com
jtotorella@khmarino.com

*Attorneys for Defendant Hertz Equipment Rental Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MIGUEL V. PRO and DAVIS LANDSCAPE,
LTD., a Pennsylvania corporation, and,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

      v.

HERTZ EQUIPMENT RENTAL
CORPORATION, a Delaware corporation,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:06-CV-3830 (DMC)

Civil Action

**NOTICE OF MOTION FOR PARTIAL
SUMMARY JUDGMENT ON
PLAINTIFFS' LOSS DAMAGE
WAIVER CLAIMS**

**Return Date:** To Be Determined

**ORAL ARGUMENT REQUESTED**

TO:    James E. Cecchi, Esq.
        Carella, Byrne, Cecchi, Olstein,
        Brody &  Agnello, P.C.
        5 Becker Farm Road
        Roseland, New Jersey 07068

        Julie Diane Miller, Esq.
        Complex Litigation Group LLC
        513 Central Avenue, Suite 300
        Highland Park, Illinois 60035

Scott A. George, Esq.
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, New Jersey 07102

      **PLEASE TAKE NOTICE** that on a date to be set by the Court, Defendant Hertz

Equipment Rental Corporation ("HERC") by and through its undersigned counsel will move

before the Honorable Dennis M. Cavanaugh, U.S.D.J., United States District Court for the District of New Jersey, U.S. Post Office & Courthouse Building, Federal Square, Courtroom 4, Newark, New Jersey 07101, for entry of an Order granting partial summary judgment in HERC's favor and against Plaintiffs Miguel V. Pro and Davis Landscape, Ltd. on Plaintiffs' loss damage waiver claims pursuant to Federal Rule of Civil Procedure 56.

 **PLEASE TAKE FURTHER NOTICE** that in support of its motion, HERC will rely on the Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment on Plaintiffs' Loss Damage Waiver Claims, its Statement of Undisputed Facts Pursuant to L.Civ.R. 56.1 and the Certification of Kevin H. Marino, Esq. submitted herewith, as well as all the pleadings, prior proceedings and other documents filed with the Court in this matter.  A proposed form of Order is also submitted herewith.

 **PLEASE TAKE FURTHER NOTICE** that HERC respectfully requests oral argument on this motion.

Dated:  February 17, 2012    Respectfully submitted,

           MARINO, TORTORELLA & BOYLE, P.C.

       By:  /s/ Kevin H. Marino
        Kevin H. Marino
        John D. Tortorella
        437 Southern Boulevard
        Chatham, NJ 07928-1488
        (973) 824-9300

        Ross B. Bricker (*pro hac vice*)
        John F. Ward, Jr. (*pro hac vice*)
        JENNER & BLOCK LLP
        353 N. Clark St.
        Chicago, IL 60654
        (312) 222-9350
        *Attorneys for Defendant Hertz Equipment Rental Corporation*