NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL V. PRO and DAVIS LANDSCAPE, LTD., a Pennsylvania Corporation, individually and on behalf of others similarly situated<br><br>Class Plaintiffs,<br><br>v.<br><br>HERTZ EQUIPMENT RENTAL CORPORATION,<br><br>Defendant. | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 06-03830(DMC)(JAD) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon Defendant Hertz Equipment Rental Corporation's ("HERC" or "Defendant") Motion for Partial Summary Judgment on Plaintiffs' Miguel V. Pro and Davis Landscape, Ltd. ("Davis" or "Plaintiffs") environmental recovery fee claims pursuant to FED. R. CIV. P.56(c). Pursuant to FED. R. CIV. P. 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this 19 day of July, 2012;

**ORDERED** that Defendants' Motion for Partial Summary Judgment is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.: Clerk's Office
cc: Hon. Joseph A. Dickson, U.S.M.J.
All Counsel of Record
File